UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 04 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRISELDA ROMERO-MANZANO,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>CARLTON NURSERY COMPANY, LLC and CARLTON PLANTS, LLC, DBA Carlton Plants,<br><br>        Defendants - Appellees. | No. 16-35750<br><br>D.C. No. 3:15-cv-00508-BR<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered August 13, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7