Shelley Latin, OSB No. 032253
shelley.latin@lasoregon.org
Legal Aid Services of Oregon
P.O. Box 1327
Pendleton, OR 97801
Telephone: (541) 276-6685
Facsimile: (541) 276-4549
    Of Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

**CRISELDA ROMERO-MANZANO,**

    Plaintiff,

vs.

**CARLTON PLANTS, LLC, dba CARLTON PLANTS**

    Defendant.

Civil No. 3:15-cv-00508-BR

**JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE**

Pursuant to the Court's September 10, 2018, Scheduling Order, the parties have conferred and file this joint status report in accordance with the Court's order. The parties propose:

1. Dispositive motions will be due November 12, 2018.

2. Plaintiff's response will be due by December 12, 2018.

3. Defendant's reply will be due by December 28, 2018.

4. Pre-trial Order will be due 60 days from the court's decision on dispositive motions.

DATED: September 28, 2018

By: s/Shelley Latin
    Shelley Latin, OSB No. 032253
    Legal Aid Services of Oregon
    Ph: 541-276-6685
    Email: shelley.latin@lasoregon.org
    Of Attorneys for Plaintiff

By: s/Tricia Olson
    Tricia Olson, OSB No: 034133
    Heltzel Williams PC
    Ph: (503) 585-4422
    Email: tolson@heltzel.com
    Of Attorneys for Defendants