Shelley Latin, OSB No. 032253
shelley.latin@lasoregon.org
Legal Aid Services of Oregon
P.O. Box 1327
Pendleton, OR 97801
Telephone: (541) 276-6685
Facsimile: (541) 276-4549

Of Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CRISELDA ROMERO-MANZANO,** | **Civil No. 3:15-cv-00508-BR** |
| Plaintiff, | **PLAINTIFF'S DISMISSAL WITH** |
| **vs.** | **PREJUDICE** |
| **CARLTON PLANTS, LLC, et al.** | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Criselda Romero-Manzano hereby dismisses the above-captioned matter with prejudice and without costs, disbursements or attorney fees assessed against any party.

Dated:  January 7, 2018

s/Shelley Latin
Shelley Latin, OSB No. 032253
shelley.latin@lasoregon.org
Legal Aid Services of Oregon
P.O. Box 1327
Pendleton, OR 97801
Telephone: (541) 276-6685
Facsimile: (541) 276-4549

Of Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 7 day of January I caused to be served a true copy of the foregoing Plaintiff's Dismissal with Prejudice to defendants Carlton Plants, LLC, and Carlton Nursery, LLC, by the method(s) indicated below,

    \_\_\_\_\_  U.S. Mail, postage prepaid
    \_\_\_\_\_  Certified Mail, Return Receipt Requested
    \_\_\_\_\_  Overnight Mail
    \_\_\_\_\_  Facsimile Transmission
    \_\_\_\_\_  Hand Delivery to Addressee's office
    \_\_X\_\_  Electronic Submission (via Email)

and addressed to the following individual(s):

    Tricia Olson
    Heltzel Williams PC
    P.O. Box 1048
    Salem, Oregon 97308
    email: tricia@heltzel.com

Attorney for Defendants.

    Dated January 7, 2018.


                LEGAL AID SERVICES OF OREGON

                \_\_s/Shelley Latin_____
                Shelley Latin, OSB # 032253
                P.O. Box 1327
                Pendleton, OR 97801
                E-mail: shelley.latin@lasoregon.org
                Tel: 541-276-6685
                Fax: 541-276-4549
                Of Attorneys for Plaintiff